Case 1:24-cv-01555-JPH-CSW   Document 4-1   Filed 09/18/24   Page 1 of 6 PageID #: 25

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 6/24 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

**FILED**
**10/03/2024**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

__Amy Beth Outland__ )
) Case No. _____
) *(to be filled in by the Clerk's Office)*
)
*Plaintiff(s)* )
*(Write the full name of each plaintiff who is filing this complaint.* )
*If the names of all the plaintiffs cannot fit in the space above,* )
*please write "see attached" in the space and attach an additional* )
*page with the full list of names.)* )
-v- )
)
)
__Franciscan Health__ )
*Defendant(s)* )
*(Write the full name of each defendant who is being sued. If the* )
*names of all the defendants cannot fit in the space above, please* )
*write "see attached" in the space and attach an additional page* )
*with the full list of names.)* )

## COMPLAINT FOR A CIVIL CASE

**Demand for Jury Trial**  ☐ Yes  ☒ No 

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include *only*: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievances, witness statements, evidence, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Case 1:24-cv-01555-JPH-CSW   Document 4-1   Filed 09/18/24   Page 2 of 6 PageID #: 26

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 6/24 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

## I. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Franciscan Health - Munster is violating The Americans With Disabilities Act (1990) by refusing to transfer my Guest Services Representative Position Munster to*

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual:

   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____, OR is a citizen of *(foreign nation)* _____

   b. If the plaintiff is a corporation, partnership, or other entity:

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   Or is incorporated under the laws of *(foreign nation)* _____,
   and has its principal place of business in *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 6/24 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

2. The Defendant(s)

   a. If the defendant is an individual:
   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____, OR is a citizen of *(foreign nation)* _____.

   b. If the defendant is a corporation, partnership, or other entity:
   The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.
   Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*: I want an immediate position transfer to Munster campus at current rate of pay $19.71 hourly with ADA schedule accomodation w/ seniority written apology 12 years (+ damages)

II. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Amy Beth Outland
Street Address: 1001 Rockwell Lane
City and County: Dyer - Lake County
State and Zip Code: IN - 46311
Telephone Number: (815) 812-4093
E-mail Address: aboutla26@gmail.com

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 6/24 (Adapted from AO Pro Se 1 (Rev 12/16) Complaint for a Civil Case)

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation or other entity. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: Linda Young
- Job or Title *(if known)*: Manager Service Excellence Volunteer + Info Desk
- Street Address: 701 Superior Ave
- City and County: Munster - Lake
- State and Zip Code: IN - 46321
- Telephone Number: (219) 922-5834
- E-mail Address *(if known)*: Young Linda Linda.Young@franciscanalliance.org

Defendant No. 2
- Name: Judith Bauzatt
- Job or Title *(if known)*:
- Street Address: 701 Superior Ave
- City and County: Munster Lake
- State and Zip Code: IN - 46311
- Telephone Number:
- E-mail Address *(if known)*: Judith.Bauzatt@franciscanalliance.org

Defendant No. 3
- Name: Haleigh McFarland
- Job or Title *(if known)*: Manager, Talent Acquisition
- Street Address: Franciscan Alliance
- City and County:
- State and Zip Code:
- Telephone Number: (463) 237-3136
- E-mail Address *(if known)*:

Case 1:24-cv-01555-JPH-CSW   Document 4-1   Filed 09/18/24   Page 5 of 6 PageID #: 29

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 6/24 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I have been employed with Franciscan Alliance from 2011 – present 2024 as a Guest Services Representative. I relocated to IN in 2019 and waited for a position in Guest Services to become available. A position became available in February 2024. On 2/14/2024 I interviewed for the position as an internal candidate. When I interviewed I told the defendants I wanted to transfer my position, pay and ADA accommodation. I was told if I were to transfer my position I could not take my pay, seniority or ADA accommodation with me. Since ADA accommodation is due to physical disability & wheelchair use Franciscan Alliance Munster is discriminating against me and refusing to grant me the job transfer I am seeking.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am asking the court to order that Franciscan Health Munster grant me the position transfer that I am seeking with my current rate of pay ($19.57 hourly) with current ADA accommodations in place as well as monetary damages.

Guest Services Representative

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 6/24 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 09-26-2024

Signature of Plaintiff: *[signature]*

Print   Save As...   Add Attachment   Reset